UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$54,000 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 31, 2016,<br>Defendant,<br><br>JOAQUIM M. FIDALGO,<br>Claimant. | Civil Action No. 16-11591-NMG |

## JOINT MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by and through its attorney, Carmen M. Ortiz, and Joaquim M. Fidalgo, by his attorney, Robert J. Galibois, II, Esquire (collectively, the "Parties"), jointly move for entry of a Final Judgment and Order of Forfeiture in this matter. A proposed Final Judgment and Order of Forfeiture is submitted herewith, ordering (1) the forfeiture of $43,200 in United States currency to the United States pursuant to 21 U.S.C. § 881(a)(6); and (2) the return of $10,800 in United States currency to Joaquim M. Fidalgo, via his attorney. In support of this Motion, the Parties state that they have settled this action, pursuant to an executed Settlement Agreement attached hereto as Exhibit A.

*Motion allowed. /s/ NM Gorton, USDJ 1/6/17*